UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 16-28583 |
| Danielle R Gaddy ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $536 a month beginning October 2017 to account for and cure debtor's failure to turnover her 2016 tax refund to the trustee in the amount of $1,428 and deferring the default, thereby increasing the pot amount only by $1,428.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 04, 2017

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600