UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-28583
Danielle R Gaddy )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )
Debtor(s) )

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation that the Debtor is permitted to keep part of her 2019 tax refund in the amount of $1,487.93, and

2. The Debtor's plan payment is increased to $679 a month beginning December 2020 to account for and cure debtor's failure to turnover the remaining part of her 2019 tax refund to the trustee in the amount of $275.07 and deferring the default, thereby increasing the pot amount only by $275.07.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: December 02, 2020

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600