UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-28583
Danielle R Gaddy )
)
) Chapter: 13
)
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

### ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The Debtor is allowed to keep all of the 2020 tax refund and the turnover requirement for 2020 is waived.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 28, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600