UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 16-28583
Danielle R. Gaddy  )
)  Chapter: 13
)  Honorable Deborah L. Thorne
)
)
Debtor(s)  )

## ORDER ON MOTION TO VACATE PAYROLL CONTROL ORDER

THIS CAUSE COMING ON TO BE HEARD on the Motion of Debtor, the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. The Debtor's Payroll Order entered on December 4, 2020 [doc. 57], is vacated.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 27, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600